

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00772-CR

Jonathan Jose **GUILLEN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2647
Honorable Maria Teresa Herr, Judge Presiding

## O R D E R

The reporter's record in this appeal was due on February 11, 2015, but it was not filed. This court notified Debra A. Doolittle by letter dated February 17 that she is the court reporter responsible for timely filing the record, and the record had not been filed. Our notice required Doolittle to file the record by March 19. Doolittle has filed a notification of late record asking for an extension until April 13 to file the record.

We **grant** the motion and **order Debra A. Doolittle** order to file the reporter's record in this court by **April 13, 2015** (61 days after the original deadline). Doolittle is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court